BWW#: VA-310717

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:

KRISTIN K MEYER
AKA KRISTIN FUQUAY

Debtor

Case No.: 16-61442-RBC

Chapter: 7

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Andrew Todd Rich and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Andrew Todd Rich
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com

Dated: November 9, 2016

Respectfully Submitted,
BWW Law Group, LLC

 /s/ Andrew Todd Rich
_____
Andrew Todd Rich, VSB# 74296
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Attorney for Seterus, Inc.*

## CERTIFICATE OF SERVICE

        I certify that on this 9th day of November, 2016, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Hannah W. Hutman, Trustee
342 S. Main Street
Harrisonburg, VA 22801

Douglas E. Little, Esq.
P.O. Box 254
Charlottesville, VA 22902

Kristin K Meyer
aka Kristin Fuquay
1131 Tupelo Terrace
Charlottesville, VA 22903

Kristin K Meyer
aka Kristin Fuquay
1009 Druid Ave
Charlottesville, VA 22902

                                                               /s/ Andrew Todd Rich_____
                                                             Andrew Todd Rich